

JUDGE KNESS
MAGISTRATE JUDGE HARJANI
AXA

1:24-CR-00032

FILED
1/18/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Violations: Title 18, United States Code, Sections 111(a) and (b); and 922(g)(1) |
| v. | |
| ANDREW VESELY | |

### COUNT ONE

The SPECIAL JANUARY 2023 GRAND JURY charges:

On January 31, 2022, at Posen, in the Northern District of Illinois, Eastern Division, and elsewhere,

ANDREW VESELY,

defendant herein, forcibly assaulted, resisted, impeded, and interfered with an Officer of the United States Government (as defined in Title 18, United States Code, Section 1114), namely, a Special Agent of the Drug Enforcement Administration, while engaged in the performance of official duties, and inflicted bodily injury;

In violation of Title 18, United States Code, Sections 111(a) and (b).

## COUNT TWO

The SPECIAL JANUARY 2023 GRAND JURY further charges:

On January 31, 2022, at Posen, in the Northern District of Illinois, Eastern Division, and elsewhere,

## ANDREW VESELY,

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate commerce, two firearms, namely: a loaded Ruger Model 57, 5.7 x 28 mm caliber semiautomatic pistol, bearing serial number 643-25012; and a loaded Springfield Armory XD-9 semiautomatic pistol, bearing serial number GM872407, which firearms had traveled in foreign and interstate commerce prior to defendant's possession of the firearms;

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The SPECIAL JANUARY 2023 GRAND JURY further alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g), as set forth in this Indictment, defendant ANDREW VESELY shall forfeit to the United States of America any firearm and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes but is not limited to: a loaded Ruger Model 57, 5.7 x 28 mm caliber semiautomatic pistol, bearing serial number 643-25012, and associated ammunition, recovered from defendant on January 31, 2022; and a loaded Springfield Armory XD-9 semiautomatic pistol, bearing serial number GM872407, and associated ammunition recovered from defendant on January 31, 2022.

_____
FOREPERSON

_____
Signed by Jason Yonan on behalf of the
UNITED STATES ATTORNEY